# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **EDDIE LEE WILLIAMS and** | § | |
| **KIMBERLY SUE STILSON,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-685-ALM-KPJ** |
| | § | |
| **GOOGLE, LLC, VERIZON** | § | |
| **WIRELESS, and SAMSUNG** | § | |
| **ELECTRONICS AMERICA,** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #23) that Defendants Google LLC, Verizon Wireless, and Samsung Electronics America's (collectively, "Defendants") Motions to Dismiss (Dkts. #12, 14, 18) be denied without prejudice. The Report further recommended that Plaintiffs Eddie Lee Williams and Kimberly Sue Stilson (collectively, "Plaintiffs") be granted leave to amend their pleadings. *See* Dkt. #23.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendants' Motions to Dismiss (Dkt. #12, 14, 18) are hereby **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file an amended complaint no later than

twenty-one (21) days after receiving service of this Memorandum.

**IT IS SO ORDERED**.

 **SIGNED this 13th day of August, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE